# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ERIC W. PRUEITT                                                     Case No.: 4-17-03662-MJC

                                                                                          Chapter 13

                Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**

Creditor Name:                      MIDFIRST BANK
Court Claim Number:            01
Last Four of Loan Number:     55 Valley W Rd - PRE-ARREARS - 3601
Property Address if applicable:    55 VALLEY WEST ROAD, , DANVILLE, PA17821

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,748.25 |
| b. | Prepetition arrearages paid by the Trustee: | $2,748.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,748.25 |

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $651.18
Next postpetition payment due: OCT 22
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 24, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: MIDFIRST BANK  
Court Claim Number: 01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1201973 | 05/09/2019 | $59.04    | $0.00    | $59.04     |
| 5200  | 1203276 | 06/06/2019 | $81.30    | $0.00    | $81.30     |
| 5200  | 1204670 | 07/11/2019 | $138.89   | $0.00    | $138.89    |
| 5200  | 1206031 | 08/07/2019 | $111.19   | $0.00    | $111.19    |
| 5200  | 1207494 | 09/26/2019 | $106.62   | $0.00    | $106.62    |
| 5200  | 1208688 | 10/10/2019 | $131.90   | $0.00    | $131.90    |
| 5200  | 1209805 | 11/07/2019 | $105.29   | $0.00    | $105.29    |
| 5200  | 1211148 | 12/12/2019 | $252.92   | $0.00    | $252.92    |
| 5200  | 1213869 | 02/13/2020 | $77.27    | $0.00    | $77.27     |
| 5200  | 1215179 | 03/12/2020 | $111.97   | $0.00    | $111.97    |
| 5200  | 1216463 | 04/14/2020 | $282.83   | $0.00    | $282.83    |
| 5200  | 1218478 | 06/02/2020 | $34.92    | $0.00    | $34.92     |
| 5200  | 1219504 | 07/07/2020 | $255.20   | $0.00    | $255.20    |
| 5200  | 1222623 | 10/15/2020 | $109.49   | $0.00    | $109.49    |
| 5200  | 1223464 | 11/03/2020 | $120.03   | $0.00    | $120.03    |
| 5200  | 1224389 | 12/10/2020 | $270.20   | $0.00    | $270.20    |
| 5200  | 1226176 | 01/19/2021 | $87.05    | $0.00    | $87.05     |
| 5200  | 1227202 | 02/17/2021 | $103.75   | $0.00    | $103.75    |
| 5200  | 1228210 | 03/17/2021 | $103.76   | $0.00    | $103.76    |
| 5200  | 1229232 | 04/15/2021 | $103.75   | $0.00    | $103.75    |
| 5200  | 2000606 | 05/18/2021 | $92.77    | $0.00    | $92.77     |
| 5200  | 2001621 | 06/16/2021 | $8.11     | $0.00    | $8.11      |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ERIC W. PRUEITT   Case No.: 4-17-03662-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL W McELRATH, JR, ESQUIRE<br>McELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH PA,  15210- | SERVED ELECTRONICALLY |
| MIDFIRST BANK<br>999NW GRAND BLVD<br>SUITE 100<br>OKLAHOMA CITY, OK,  73118 | SERVED BY 1ST CLASS MAIL |
| ERIC W. PRUEITT<br>55 VALLEY WEST ROAD<br>DANVILLE, PA  17821 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2022

/s/  Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com