Fill in this information to identify the case:

Debtor 1    Eric W. Prueitt

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)
Case number 4:17-bk-03662-MJC

# Form 4100R
# Response to Notice of Final Cure                                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

Name of creditor:  The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 2007-HE2

Court claim no. (if known): 4-2

Last 4 digits of any number you use to identify the debtor's account: 8791

Property address:     55 VALLEY W RD ,
                      Number        Street

                      DANVILLE, PA 17821
                      City                State       ZIP Code

## Part 2:    Prepetition Default Payments

Check one:

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

## Part 3:    Postpetition Mortgage

Check one:

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:    _11_/_1_/_2022_
                                                                     MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                              (a) $ 0.00
      b. Total fees, charges, expenses, escrow and costs outstanding:        + (b) $0.00
      c. Total                                                                 (c) $0.00

      Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      ___/___/____
                                                                              MM/ DD/ YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | X | /s/ Charles G. Wohlrab | | | Date | 11/14/2022 |
|---|---|---|---|---|---|---|
| | | Signature | | | | |

| Print | Charles G. Wohlrab, Esq. | | | Title | Authorized Agent |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 130 Clinton Rd #202 | | |
|---|---|---|---|
| | Number | Street | |

| | Fairfield, NJ 7004 | | |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact | 470-321-7112 | | Email | cwohlrab@raslg.com |
|---|---|---|---|---|

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14,2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Eric W. Prueitt
55 Valley West Road
Danville, PA 17821
And via electronic mail to:

Paul W McElrath, Jr.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Kenyatta Mclean
Email: Kenmclean@raslg.com